# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:05-CR-00002-RJC-DSC

| | |
|---|---|
| USA,        ) | |
|        ) | |
| **Plaintiff,**        ) | |
|        ) | |
| **v.**        ) | **ORDER** |
|        ) | |
| **RANULFO MAYORGA (2),**        ) | |
|        ) | |
| **Defendant.**        ) | |
|        ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 115), the Indictments, (Doc. Nos. 3, 39), without prejudice. The defendant has been a fugitive since 2005.

**IT IS ORDERED** that the Government's motion, (Doc. No. 115), is **GRANTED** and the Indictments, (Doc. No. 3, 39), as they relate to Ranulfo Mayorga, are **DISMISSED** without prejudice.

Signed: September 27, 2019

Robert J. Conrad, Jr.
United States District Judge